UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                                CHAPTER 13 PROCEEDINGS

**MICHELLE R BURCH**                  CASE NUMBER: 05-27133
                                                HON: DANIEL S OPPERMAN

                       **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $204.06 for deposits in the U. S. Registry as evidenced by the attached Check No. 273464 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on May 31, 2011 on behalf of the following creditor:

    5/31/11               Gateway Mortgage Company       $204.06

    Mailed returned as mail forwarding expired.

Date: October 12, 2011                             /s/ Thomas W McDonald
                                                        Thomas W McDonald, Jr.
                                                        Chapter 13 Trustee
                                                         3144 Davenport Ave
                                                         Saginaw Mi 48602
                                                         Telephone (989) 792-6766
                                                         ecf@mcdonald13.org